IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN BALLARD                                                   PLAINTIFF

              v.                 Civil No. 4:10-cv-04156

SHERIFF RON STOAVLL; CPT.
NICK HEARTLINE; CPT. HEINZMEN;
OFFICER ADAMS; CPL. J.P. PEARCE;
SGT. WOODY GILES; OFFICER COLEQUIT;
OFFICER TURNER; SGT. RAGGS; OFFICER
ARCEN; SGT. BALIS; SGT. BATES;
and SGT. MILLER                                    DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Justin Ballard, an inmate of the Miller County Detention Center, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on November 12, 2010. His complaint and *in forma pauperis* (IFP) application were provisionally filed prior to a determination regarding his status as a pauper and service of process.

The IFP application was not complete because it did not contain a certificate regarding inmate funds held in his name. The Clerk was directed to mail him a copy of his IFP application and Plaintiff was directed to have the appropriate detention center personnel complete the certificate portion of the application and return it by November 30, 2010. (ECF No. 2).

Plaintiff has not responded to the Court's order. Plaintiff has not requested an extension of time or otherwise communicated with the Court. The order has not been returned as undeliverable.

I therefore recommend the complaint be dismissed on the grounds Plaintiff has failed to obey an order of this Court. *See* Fed. R. Civ. P. 41(b).

**Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded**

**that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of December 2010.

      /s/ Barry A. Bryant
      HON. BARRY A. BRYANT
      UNITED STATES MAGISTRATE JUDGE