```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   TEXARKANA DIVISION
```

**JUSTIN BALLARD**                                              **PLAINTIFF**

      v.              Civil No. 10-4156

**SHERIFF RON STOVALL, ET AL.**                                **DEFENDANTS**

<u>**O R D E R**</u>

NOW on this 18TH day of February 18, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 3), filed on December 9, 2010, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's complaint is hereby dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                          <u>/s/ Jimm Larry Hendren</u>
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**